DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**AUTOMAX OF PA, INC.,**
Appellant,

v.

**YANIUSKA SERRANO PEREZ,**
Appellee.

No. 4D2023-0920

[February 1, 2024]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Nina W. Di Pietro, Judge; L.T. Case No. COCE22-0068282.

Brooks C. Rathet of Bromagen Rathet Klee & Smith, P.A., Atlantic Beach and Fort Lauderdale, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***